Submitted June 5, reversed and remanded July 15, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

THOMAS D. SCHIEWEK,
*Defendant-Appellant.*

Marion County Circuit Court
07C55468; A139821

215 P3d 878

Peter Gartlan, Chief Defender, Appellate Division, and Kenneth A. Kreuscher, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals a judgment of conviction for possession of methamphetamine. ORS 475.894. On appeal, defendant contends that the trial court erred in denying his motion to suppress evidence obtained as the result of an unlawful seizure of his person. The state concedes that the trial court erred in denying the motion to suppress. We agree and accept the state's concession.

Reversed and remanded.